IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ALBERT FREDERICK, | |
| Plaintiff, | |
| v. | CIVIL ACTION NO. 1:16-cv-01214-ELR |
| GEORGIA DEPARTMENT OF CORRECTIONS, et al., | |
| Defendants. | |

**DEFENDANT GEORGIA DEPARTMENT OF CORRECTION'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Comes now the Georgia Department of Corrections (GDC), Defendant in the above-styled action, by and through counsel, Samuel S. Olens, Attorney General for the State of Georgia, without waiving any defenses as to jurisdiction or service of process, and moves this Court to extend the time to respond to Plaintiff's complaint (Doc. 1), showing the Court as follows:

Plaintiff filed this action on April 14, 2016, and service was attempted to be made on the GDC by service of process on the Governor on April 28, 2016. Although this Defendant does not concede that this was valid service, if service was perfected then a response to the complaint was due May 19, 2016. Counsel for the GDC prepared a Rule 12(b) motion, in lieu of an answer, and delivered it to

her secretary to be electronically filed on May 19.  Counsel's secretary processed the electronic filing as she normally would, submitted it to the Court through the ECF system on May 19, and thought that it had been filed.  As of this writing, however, no such motion has appeared on the docket of the Court.  Counsel's secretary contacted the Court this morning and was informed that a filing was attempted, but only something garbled actually was received by the Court.

The GDC submits that it fully attempted to comply with any obligations to respond to the Complaint in a timely fashion.  The GDC respectfully requests that it be permitted to file its Rule 12 motion today, May 20, 2016, and submits that motion herewith.

## CONCLUSION

For the foregoing reasons, Defendant GDC submits that its motion for extension of time should be granted.

Respectfully submitted this 20th   day of May, 2016.

SAMUEL S. OLENS  551540
Attorney General

KATHLEEN M. PACIOUS 558555
Deputy Attorney General

/s/ Devon Orland_____
DEVON ORLAND 554301
Senior Asst. Attorney General

/s/ Laura L. Lones_____
LAURA L. LONES 456778
Assistant Attorney General

Attorneys for Defendant Georgia
Department of Corrections

Please Serve:
LAURA L. LONES
Department of Law, State of Georgia
40 Capitol Square, S.W.
Atlanta, Georgia  30334-1300
Telephone: (404) 463-8850
Facsimile:  (404) 651-5304
llones@law.ga.gov

## CERTIFICATION AS TO FONT

Pursuant to Local Rule 7.1D, I hereby certify that this motion is submitted in Times New Roman 14 point type as required by Local Rule 5.1(b).

/s/ Laura L. Lones
LAURA L. LONES 456778
Assistant Attorney General

Attorney for Defendant Georgia Department of Corrections

LAURA L. LONES
Assistant Attorney General
Department of Law, State of Georgia
40 Capitol Square, S.W.
Atlanta, Georgia  30334-1300
Telephone: (404) 463-8850
Facsimile:  (404) 651-5304
llones@law.ga.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed **DEFENDANT GEORGIA DEPARTMENT OF CORRECTION'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to Plaintiff's attorneys of record:

> Ryan T. Strickland
> The Strickland Firm, LLC
> 222 Cherokee Street
> Marietta, Georgia  30060
>
> Richard N. Blevins, Jr.
> Blevins & Hong, PC
> 191 Roswell Street
> Marietta, Georgia  30060

This 20th  day of May, 2016.

/s/ Laura L. Lones
Georgia Bar No. 456778
Assistant Attorney General
