IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ALBERT FREDERICK, | |
| Plaintiff, | |
| v. | CIVIL ACTION NO. 1:16-cv-01214-ELR |
| GEORGIA DEPARTMENT OF CORRECTIONS, et al., | |
| Defendants. | |

**DEFENDANT GEORGIA DEPARTMENT OF CORRECTIONS' PRE-ANSWER MOTION TO DISMISS**

Comes now the Georgia Department of Corrections, Defendant in the above-styled action, by and through counsel, Samuel S. Olens, Attorney General for the State of Georgia, without waiving any defenses as to jurisdiction or service of process, pursuant to Federal Rule of Civil Procedure 12(b)(1), (b)(2), (b)(5), and (b)(6), and moves this Court to dismiss this matter for lack of subject matter jurisdiction, lack of personal jurisdiction, insufficient service of process, and failure to state a claim upon which relief may be granted.  Defendant submits a brief in support of this motion.

Respectfully submitted this ___ day of May, 2016.

SAMUEL S. OLENS  551540
Attorney General

KATHLEEN M. PACIOUS 558555
Deputy Attorney General

/s/ Devon Orland_____
DEVON ORLAND 554301
Senior Asst. Attorney General

/s/ Laura L. Lones_____
LAURA L. LONES 456778
Assistant Attorney General

Attorneys for Defendant Georgia
Department of Corrections

Please Serve:
LAURA L. LONES
Department of Law, State of Georgia
40 Capitol Square, S.W.
Atlanta, Georgia  30334-1300
Telephone: (404) 463-8850
Facsimile:  (404) 651-5304
llones@law.ga.gov

## CERTIFICATION AS TO FONT

Pursuant to Local Rule 7.1D, I hereby certify that this motion and supporting brief are submitted in Times New Roman 14 point type as required by Local Rule 5.1(b).

/s/ Laura L. Lones
LAURA L. LONES 456778
Assistant Attorney General

Attorney for Defendant Georgia Department of Corrections

LAURA L. LONES
Assistant Attorney General
Department of Law, State of Georgia
40 Capitol Square, S.W.
Atlanta, Georgia  30334-1300
Telephone: (404) 463-8850
Facsimile:  (404) 651-5304
llones@law.ga.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed **DEFENDANT GEORGIA DEPARTMENT OF CORRECTIONS' PRE-ANSWER MOTION TO DISMISS** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to Plaintiff's attorneys of record:

Ryan T. Strickland
The Strickland Firm, LLC
222 Cherokee Street
Marietta, Georgia  30060

Richard N. Blevins, Jr.
Blevins & Hong, PC
191 Roswell Street
Marietta, Georgia  30060

This ____ day of May, 2016.

/s/ Laura L. Lones
Georgia Bar No. 456778
Assistant Attorney General